July 11, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CHARLES J. ARAMBURO, M.D., Appellant

NO. 14-12-00812-CV             V.

THELMA BROWN, Appellee

_____

        This cause, an appeal from the trial court's order in favor of appellee, Thelma Brown, signed August 10, 2012, was heard on the transcript of the record. We have inspected the record and find error in the trial court's order. We therefore order the order of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

        We further order that all costs incurred by reason of this appeal be paid by appellee, Thelma Brown.

        We further order this decision certified below for observance.